FILED
15-0647
9/17/2015 9:59:40 AM
tex-6966235
SUPREME COURT OF TEXAS
BLAKE A. HAWTHORNE, CLERK

# No. 15-0647

# In the Supreme Court of Texas

RODNEY UNDERWOOD,
*Petitioner*,

vs.

OCWEN LOAN SERVICING, LLC,

*Petitioner-Appellee*,

And

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR RESIDENTIAL
ASSET MORTGAGE PRODUCTS, INC., MORTGAGE ASSET-BACKED
PASS-THROUGH CERTIFICATES, SERIES 2005-EFC7

*Intervenor-Appellee*.

---

From the Fourteenth Court of Appeals, Cause No. 14-15-00455-CV
and the 11th Judicial District Court for Harris County, Texas
Cause No. 2012-47388

---

## MOTION OF RODNEY UNDERWOOD FOR FIVE (5) DAY EXTENSION OF TIME TO FILE PETITION FOR REVIEW

---

TO THE HONORABLE JUSTICES OF THE TEXAS SUPREME COURT:

Petitioner Rodney Underwood files this Motion for a Five (5) Day

Extension of Time to File Petition for Review, and respectfully requests that the Court grant a brief extension of time for his Counsel's preparation of the Petition for Review.

1.      Because of difficulties in his business beyond his control, the consumption of his resources in a trial of claims against him in federal court[1] and the debilitating illness of his elderly Mother who resides in Cleveland, Petitioner was unable to collect sufficient funds to engage counsel to represent him the Court of Appeals or in his appeal to this Court until the late in the day of September 16, 2015, the day upon which the Petition for Review was due to be filed with the Texas Supreme Court.

2.      While counsel has worked diligently to attempt to complete the Petition for Review before midnight on September 17, 2015, assembling the exhibits and presenting arguments warranting the Court's attention in a cogent manner is simply too much to accomplish within a few hours.

3.      Petitioner's failure to file the Petition for Review is not due

---

[1] *See* the judgment in, In the United States Bankruptcy Court for the Southern District of Texas, Adversary No. 13-03132, *Cordova v. Underwood*, a copy of which is attached.

to inadvertence, mistake or mischance and is certainly not deliberate or intentional. He simply has not had the resources to present his case, until now, due to circumstances beyond his control.

4.     This motion is Petitioner's second request for an extension of time to file a Petition for Review of the Fourteenth Court of Appeals Memorandum Opinion of July 2, 2015 in *Rodney Underwood, Appellant v. Ocwen Loan Servicing, GMAC Mortgage and American Home Mortgage Servicing, Inc., et al, Appellees,* Case No. 14-15-00455. The Court previously extended the deadline to September 16, 2015.

5.     Petitioner requests an extension of just five days to file the Petition for Review – to September 21, 2015 – to permit counsel to fully acquaint himself with the applicable facts and law and prepare the Petition and its attachments.

Respectfully submitted,

/s/KENNETH R. BARRETT
KENNETH R. BARRETT
3740 Greenbriar #541873
Houston, Texas 77254
(281) 433-0837
KennethRoyceBarrettLaw@Yahoo.com
*Counsel for Petitioner*
*Rodney Underwood*

## CERTIFICATE OF CONFERENCE

I hereby certify that on September 16, 2015, I sent Respondents' counsel email requesting their assent to this Motion and on the morning of September 17, 2015, called lead counsel to confer. As counsel did not answer, I left a voicemail requesting that Respondents advise me of their position as this Motion. Respondents' counsel has not responded to either communication as of the refiling of this Motion.

/s/Kenneth R. Barrett
Kenneth R. Barrett

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2015, a true and correct copy of the foregoing was sent via email to Kari Robinson at KLRobinson@BakerDonelson.Com and Valerie Henderson at VHenderson@BakerDonelson.Com pursuant Texas Rule of Appellate Procedure 9.5 (b)(2).

/s/Kenneth R. Barrett
Kenneth R. Barrett

A